█ In the Matter of DAVID LAWRENCE GANJE, an Attorney. [51 NYS3d 905]—

Per Curiam. David Lawrence Ganje was admitted to practice by this Court in 1990 and lists a business address in the City of Albany with the Office of Court Administration. Ganje now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for

the Third Judicial Department advises that it does not oppose Ganje's application.

Upon reading the affidavit of Ganje sworn to November 2, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Ganje is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, J.P., Rose, Clark, Mulvey and Aarons, JJ., concur. Ordered that David Lawrence Ganje's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that David Lawrence Ganje's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that David Lawrence Ganje shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.